Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
'18 OCT 30 AM 11:13
CLERK'S OFFICE
AT GREENBELT
BY_____DEPUT-

| | |
|---|---|
| Kailyn Cage | Case No. PX 18 CV 3355 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| 1) NASA Goddard Space Flight Center  2) Alutiiq Pacific LLC.  3) Universities Space Research Association | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kailyn Cage |
| Street Address | 860 Faraway Court |
| City and County | Bowie, Prince George's County |
| State and Zip Code | MD, 20721 |
| Telephone Number | 240-481-7360 |
| E-mail Address | cagek@icloud.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: NASA Goddard Space Flight Center
- Job or Title (if known):
- Street Address: 8800 Greenbelt Road
- City and County: Greenbelt, Prince George's County
- State and Zip Code: MD, 20771
- Telephone Number: (202) 358-0001
- E-mail Address (if known):

Defendant No. 2
- Name: Alutiiq Pacific LLC.
- Job or Title (if known):
- Street Address: 3909 Artic Boulevard STE. 400
- City and County: Anchorage, Anchorage County
- State and Zip Code: AK, 99503
- Telephone Number: (907) 222-9500
- E-mail Address (if known): ghambright@afognak.com

Defendant No. 3
- Name: Universities Space Research Association
- Job or Title (if known): NASA Internships
- Street Address: 7178 Columbia Gateway Drive
- City and County: Columbia, Howard
- State and Zip Code: MD, 21046
- Telephone Number: 410-730-2656
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. 1983 Civil Action for Deprivation of Rights Title 5 Prt 3 Subpart B. US Constitution Amendment IV and US Constitution Amendment V.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please find the three claims below and the plain statements for each claim attached.
I.    Illegal search of locked compartments in vehicle with expressed nonconsent.
II.    Illegal detainment of my person and personal property without probable cause.
III.    Deformation of character and subsequent dismissal of employment

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks the court to order repayment of damages from the NASA GSFC search where my passenger seat was broken and remains broken (est. $2000 + interest) and my car which was left ransaked (est. $80-100). I would also like the court award the full amount of stipend that was taken after early dismissal (est. $2050 + interest). I would also like for the court to award court fees, pain and suffering (standing handcuffed with an expressed disability to my leg), professional deformation in the amount of ($1 million + court costs).

I. Illegal search of locked compartments in vehicle with expressed nonconsent.
   a. NASA Goddard Space Flight Center (GSFC) police officers, which NASA GSFC revealed to security contractors of Alutiiq Pacific LLC. In a letter dated May 2018, performed an illegal search of locked vehicle compartments within my vehicle without consent or a warrant. Compartments included my locked glove compartment and locked trunk. The search also resulted in damage to my passenger seat.
II. Illegal detainment of my person and personal property without probable cause.
   a. The defendants (NASA GSFC and Alutiiq Pacific LLC.) illegally detainment of my person and personal property, including my cell phone and car keys. My car keys were used to unlock my trunk and glove compartment without my consent as stated in I. My detainment occurred after my verbal request for counsel and request for justification of my detainment. I specifically asked "Am I being arrested or detained, if so I am requesting to speak with my counsel (lawyer), if not am I free to leave. I was told I was not free to leave and subsequently handcuffed. At the point of handcuffing, the defendants failed to read me my Miranda rights, allow me to consult counsel, or release my person.
III. Deformation of character and subsequent dismissal of employment
   a. NASA GSFC (Code 220 Director and Evelyn Baskin) defamed my character and mentioned terms that were accusatory in nature of my background. The director of code 220 subsequently called me "crazy." NASA GSFC subsequently early dismissed me from employment, which was approved by Mablelene S. Burrell and Director of Code 220 at NASA GSFC. The last defendant (Universities Space Research Associations (USRA)) failed to pay the remainder of my stipend although I completed my final project and was unjustly dismissed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/26/2018

Signature of Plaintiff: *Kailyn Cage*
Printed Name of Plaintiff: Kailyn Cage

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address